UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| RONNIE W. JONES, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Case No.: 1:12-cv-1267-TWP-TAB |
| CAROLYN W. COLVIN, | ) ) ) |
| Defendant. | ) ) |

## FINAL JUDGMENT

Having this day affirmed the decision of the Commissioner of the Social Security Administration, the Court now enters JUDGMENT in favor of Defendant and against the Plaintiff.

SO ORDERED:

Dated: 12/09/2013

_____
Hon. Tanya Walton Pratt, Judge
United States District Court
Southern District of Indiana

Laura Briggs, Clerk
United States District Court

_____
By: Deputy Clerk

DISTRIBUTION:

Joseph R. Wambach
KELLER & KELLER
joew@2keller.com

Timothy E. Burns
KELLER & KELLER
timb@2keller.com

Thomas E. Kieper
UNITED STATES ATTORNEY'S OFFICE
tom.kieper@usdoj.gov